# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    v.                                      **Case No. 13-C-1243**

**RUSLAN BACHMAGA and**
**LARRY BACHMAGA,**
        **Defendant.**

## ORDER

A Rule 16(b) scheduling conference for this matter is set for February 6, 2014, at 10:30 a.m. I originally ordered that the conference be held telephonically, but the parties have since informed me that they believe it would be better to have the conference in person. Therefore, the conference shall be conducted in person.

One of the defendants, Larry Bachmaga, who is proceeding pro se, has filed a letter in which he indicates that his ability to speak and understand English is limited and that he needs the assistance of an interpreter who speaks Russian. Attorneys for other parties have informed me that Mr. Bachmaga does require the assistance of an interpreter. Under 28 U.S.C. § 1827(d)(1), I may utilize the services of a qualified interpreter in judicial proceedings instituted by the United States if a party speaks only or primarily a language other than English and that the party's comprehension of the proceedings or communication with the court would be inhibited if the services of an interpreter were not utilized. The present action is a judicial proceeding instituted by the United States, and I find that Larry Bachmaga is a party to the case who speaks primarily a language other than

English and will require the services of an interpreter in order to understand the proceedings and communicate with the court and opposing counsel. Therefore, I will direct the Clerk of Court to retain the services of a qualified Russian interpreter and arrange to have him or her attend the Rule 16(b) scheduling conference on February 6.

Accordingly, **IT IS ORDERED** that the February 6, 2014 scheduling conference is converted from a telephonic conference to an in-person conference.

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain the services of a Russian interpreter and arrange to have him or her attend the scheduling conference.

Dated at Milwaukee, Wisconsin, this 16th day of January 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge